Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to the Chapter 7 Trustee
90 Merrick Avenue
East Meadow, New York 11554
Telephone: (516) 296-7000
Fax: (516) 296-7111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re:

SID BOYS CORP DBA
KELLOGG'S DINER,             Chapter 7
           Case No.: 21-42207-ess

        Debtor.

---------------------------------------------------------------------x
RICHARD J. MCCORD, ESQ., as Chapter 7 Trustee
for the Estate of Sid Boys Corp dba Kellogg's Diner,

        Plaintiff,            Adv. Pro. No. 24-01012-ess

-against-

IRENE SIDERAKIS individually and as the
Administrator of the ESTATE OF
CHRISTOS SIDERAKIS,

        Defendant.
---------------------------------------------------------------------x

## STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING

Certilman Balin Adler & Hyman, LLP, counsel to Richard J. McCord, as Chapter 7 Trustee for the Estate of Sid Boys Corp d/b/a Kellogg's Diner (the "Plaintiff"), and Anadel Canale, Esq., Counsel to Irene Siderakis individually and as the Administrator of the Estate of Christos Siderakis (the "Defendant"), hereby stipulate and agree as follows:

1. On January 30, 2024, Plaintiff initiated the above-captioned adversary proceeding by filing a Complaint.

2. The deadline for the Defendant to answer or otherwise respond to the Complaint

1

is March 1, 2024.

3. Defendant requested, and Plaintiff granted, an extension of time to answer or otherwise respond to the Complaint through and including April 1, 2024.

**NOW THEREFORE**, the parties hereby stipulate and agree that upon the "So Ordering" of this Stipulation, Defendant's time to answer or otherwise respond to the Complaint is extended though and including April 1, 2024.

Dated: East Meadow, New York
      February 14, 2024

**CERTILMAN BALIN ADLER & HYMAN, LLP**
Attorneys for the Plaintiff

By:   /s/ Richard J. McCord
     **Richard J. McCord, Esq.**
     90 Merrick Avenue
     East Meadow, New York 11554
     Phone: (516) 296-7000

Dated: Bay Shore, New York
      February 12, 2024

**ANADEL CANALE, ESQ.**
Attorney for Defendant, Irene Siderakis, individually and as the administrator of the Estate of Christos Siderakis

By:   /s/ Anadel Canale
     **Anadel Canale, Esq.**
     1805 5th Avenue
     Bay Shore, New York 11706
     Phone: (631) 414-7040

***IT IS SO ORDERED.***

Dated: Brooklyn, New York
      February 20, 2024



_____
Elizabeth S. Stong
United States Bankruptcy Judge